# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHERRY RAPOSO,**

        **Plaintiff,**

**-vs-**                                              Case No. 6:09-cv-787-Orl-22KRS

**REEDY CREEK IMPROVEMENT DISTRICT,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Plaintiff's Renewed Motion to Approve Settlement (Doc. No. 17) filed on November 20, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 1, 2009 (Doc. No. 18) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Renewed Motion to Approve Settlement (Doc. No. 17) is GRANTED in part.

3. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Plaintiff's counsel is prohibited from withholding any portion of the $6,600.00 payable to Plaintiff under the settlement agreement pursuant to a retainer agreement or otherwise.

6. Plaintiff's counsel shall provide a copy of this Order to Plaintiff.

7. This case is DISMISSED WITH PREJUDICE.

8. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 15, 2009.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge